1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SALVATORE CAMMARERI,            )
                               )
              Plaintiff,       )          2:10-cv-1433-KJD-RJJ
                               )
vs.                            )
                               )
TRANS UNION, LLC, TRANS UNION  )          O R D E R
CORPORATION, INC., and ROES 1  )
through X, inclusive,          )
                               )
              Defendant,       )
_____)

This matter is before the undersigned Magistrate Judge on Plaintiff's Application to Proceed In Forma Pauperis (#1).

The Court having reviewed the Application (#1) finds that Plaintiff has cited the Nevada Revised Statutes, which are not applicable in this Court. Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Application to Proceed In Forma Pauperis (#1) is **DENIED WITHOUT PREJUDICE**.

IT IS FURTHER ORDERED that Plaintiff shall have to and including September 30, 2010, to complete and file the proper In Forma Pauperis Application with the Court. Plaintiff is advised that failure to complete and file the proper form by the specified deadline may result in a recommendation that this case be dismissed

IT IS FURTHER ORDERED that the Clerk shall send Plaintiff a copy of the Application to Proceed In Forma Pauperis (long form) along with a copy of this Order.

DATED this 31st   day of August, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge