# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SALVATORE CAMMARERI,

    Plaintiff,

v.

TRANS UNION, LLC, *et al.*,

    Defendants.

Case No. 2:10-CV-01433-KJD-RJJ

**ORDER**

    On August 31, 2010, Magistrate Judge Robert J. Johnston denied Plaintiff's Application to Proceed *in Forma Pauperis* ("IFP") (#1) and ordered him to file a new application no later than September 30, 2010. Defendants filed a motion to dismiss (#4) and Plaintiff responded (#8). Plaintiff did not submit a new IFP as ordered by Judge Johnston. The deadline has passed. Therefore, Plaintiff's complaint (#2) is **DISMISSED without prejudice.**

**IT IS SO ORDERED.**

    DATED this 14th day of June 2011.

Kent J. Dawson
United States District Judge